PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. Agustin Aguilar-Garcia                              Docket Number: 07-cr-00294-MSK

**Amended Petition on Supervised Release**

COMES NOW, Jennifer Nuanes, Probation Officer of the court, presenting an official report upon the conduct and attitude of Agustin Aguilar-Garcia, who was placed on supervision under Docket No. 2:03CR00432-001WPJ, by the Honorable John Edwards Conway, sitting in the court at Las Cruces, New Mexico, on December 3, 2003, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1.      The defendant must not reenter the United States without legal authorization


**On July 9, 2007, jurisdiction was transferred to the District of Colorado and assigned the aforementioned docket number as a result of the defendant's pending federal case, Docket Number 06-cr-00053-MSK-01, in the District of Colorado.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attached hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the Petition of August 8, 2006, be amended to include the attached violation.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 24th day of July 2007, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/ Jennifer Nuanes |
| | Jennifer Nuanes<br>Senior Probation Officer |
| s/Marcia S. Krieger | |
| Marcia S. Krieger<br>United States District Judge | Place: Denver, Colorado |
| | Date: July 23, 2007 |

**ATTACHMENT**

2. **VIOLATION OF THE LAW:**

On or about April 16, 2007, the defendant entered a plea of guilty to Illegal Reentry of a Deported Alien Previously Convicted of a Felony, which constitutes a Grade B violation of supervised release.

The charge is based on the following facts:

On February 28, 2006, a one-count Indictment was filed in the District of Colorado charging the defendant with Illegal Reentry of a Deported Alien Previously Convicted of a Felony, in violation of 8 U.S.C. § 1326(a) and (b)(1), Docket Number 06-cr-00053-MSK-01.  On April 16, 2007, the defendant entered a plea of guilty to Count One of the Indictment.  At this Rule 11 hearing, the Court accepted the defendant's guilty plea and he was adjudged guilty of Count One of the Indictment.  Sentencing is scheduled on July 30, 2007, at 9:15 a.m.